View all comments

February 18

 **jewhatedb** and **stellaingerescobedo**                    •••

# Fixed it for her:

 **thatlawyermomlife** ✓

I don't understand why ~~some people~~ **Jews**
feel threatened and get angry when I
advocate to humanize ~~people~~ **Palestinians** that they
constantly dehumanize.

I don't understand why ~~these people~~ **Jews**
feel that their livelihood and safety
depends on the dehumanization, ethnic
cleansing and oppression of ~~others.~~ **Palestinians**

~~People~~ **Jews** who feel their safety depends on
the demise and dehumanization of
~~another,~~ **Palestinians** are truly the biggest threat to
themselves and to humanity as a whole.

## JEW HATE DATABASE

♡ 1,834   💬 105   ✈ 48                              🔖

**jewhatedb** Fixed it for her.

View all comments

February 18                               -00:46

**EXHIBIT**

**1**

