View all comments

February 18

 jewhatedb and stellaingerescobedo

**Fixed it for her:**

 thatlawyermomlife

I don't understand why ~~some people~~ Jews feel threatened and get angry when I advocate to humanize ~~people~~ Palestinians that they constantly dehumanize.

I don't understand why ~~these people~~ Jews feel that their livelihood and safety depends on the dehumanization, ethnic cleansing and oppression of ~~others~~ Palestinians.

~~People~~ Jews who feel their safety depends on the demise and dehumanization of ~~another~~ Palestinians, are truly the biggest threat to themselves and to humanity as a whole.

**JEW HATE DATABASE**

♥ 1,834   💬 105   ✈ 48

jewhatedb Fixed it for her.

View all comments

February 18

-00:46

EXHIBIT
1

