**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Miami Division)**

**Case No. 25-cv-23202-JB**

ZOHRA KHORASHI,

      Plaintiff,

v.

GADI BEER AND BETH GELLMAN BEER,

      Defendants.

_____/

**NOTICE OF LIMITED APPEARANCE**

PLEASE TAKE NOTICE that attorney Marc J. Randazza of Randazza Legal Group, PLLC, hereby enters his limited appearance in this action as counsel for Defendants Gadi Beer and Beth Gellman Beer as well as for Kenneth Turkel, Esq. and Jaclyn S. Clark, Esq. for the limited purpose of representing them in connection with Plaintiff's Motion for Sanctions.

Dated: December 12, 2025.

      Respectfully Submitted,

      */s/ Marc J. Randazza*
      MARC J. RANDAZZA
      Florida Bar No. 625566
      Email: ecf@randazza.com
      RANDAZZA LEGAL GROUP, PLLC
      2 S Biscayne Blvd #2600
      Miami, FL 33131
      Phone: (888) 887-1776

      *Attorneys for Defendants*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ *Marc J. Randazza*
Marc J. Randazza