IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 25-cv-23202-JB

ZOHRA KHORASHI,

    Plaintiff,

vs.

GADI BEER and BETH GELLMAN BEER,

    Defendants.
_____/

**Plaintiff's Agreed Motion for
Extension of Time to Respond to Defendants'
Motion for Sanctions for Misrepresentations to the Court**

Plaintiff, Zohra Khorashi, requests an extension of time, until and including January 5, 2026, to file her reply in support of Plaintiff's Motion for Sanctions (Doc. 32), filed December 9, 2025, and in support thereof states the following:

1.    Defendants' Response to Plaintiff's Motion for Sanctions (Doc. 37) was filed December 12, 2025. Based on the filing date of the response, Plaintiff's reply is due on or before December 19, 2025.

2.    Plaintiff requests an extension of time for her response because her lead counsel Christopher C. Sharp, Esq., will be out of state to visit family from December 21, 2025 through and including December 30, 2025.

3.    An additional ground for this extension is that counsel for the parties are engaged in ongoing discussions to try to resolve the issues raised in

1

Plaintiff's Motion for Sanctions and Defendants' Motion for Sanctions (Doc. 38) filed December 16, 2025.[1]

    3.    In accordance with the Court's Paperless Order Regarding Procedures (Doc. 4), entered July 18, 2025, Plaintiff states as follows:

    (a)    Pursuant to Local Rule 7.1, the undersigned has conferred with Marc Randazza, Esq., who has agreed to the extension of time sought herein;

    (b)    No other extensions of time have been sought for Plaintiff's reply in support of her Motion for Sanctions (Doc. 32);

    (c)    There is good cause to grant the requested extension of time based on the undersigned's pre-planned absence from the office when the response to the Motion for Sanctions would otherwise be due;

    (d)    The requested extension will not affect any other case deadlines.

WHEREFORE, Plaintiff Zohra Khorashi respectfully requests an extension of time, or until and including January 6, 2026, to file her reply in support of Plaintiff's Motion for Sanctions (Doc. 32). A proposed order granting the motion is attached and will be submitted to the court via e-mail as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

---

[1] On December 18, 2025, Plaintiff filed an Agreed Motion for Extension of Time for Response to Defendants' Motion for Sanctions (Doc. 39), seeking until and including January 9, 2026, which was granted by the Court's Paperless order entered December 19, 2025 (Doc. 40).

                                      Respectfully submitted,

                                      ***Christopher C. Sharp***
                                      Christopher C. Sharp, Esq.
                                      Fla. Bar No. 996858
                                      E-Mail: csharplaw@aol.com
                                      SHARP LAW FIRM, P.A.
                                      1600 West State Road 84, Suite C
                                      Fort Lauderdale, Florida 33441
                                      Telephone: (954) 909-4246
Dated: December 19, 2025      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

                                                           By:    *Christopher C. Sharp*
                                                                    Christopher C. Sharp, Esq.

Christopher C. Sharp, Esq.
Email: csharplaw@aol.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33441
Telephone: (954) 909-4246

Omar Mustafa Saleh, Esq.
Email: osaleh@cair.com
Syed Ahmed Ali Khan, Esq.
Email: akhan@cair.com
COUNCIL ON AMERICAN ISLAMIC RELATIONS
9000 N.W. 44TH Street, Suite 200
Sunrise, FL 33351
Phone: (954) 272-0490

MARC J. RANDAZZA
Email: ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Phone: (888) 887-1776

Kenneth G. Turkel, Esq.
Email: kturkel@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Phone: (813) 834-9191

Jaclyn S. Clark, Esq.
Email: Jaclyn@thelawfareproject.org
THE LAWFARE PROJECT
633 THIRD AVENUE, 21st Floor
New York, NY 10017
Phone: (212) 339-6995