IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 25-cv-23202-JB

ZOHRA KHORASHI,

    Plaintiff,

vs.

GADI BEER and BETH GELLMAN BEER,

    Defendants.
_____/

**Plaintiff's Unopposed Motion for Leave to File
Corrected Amended Complaint to Fix Misnumbered Paragraphs**

Plaintiff, Zohra Khorashi, pursuant to Federal Rule of Civil Procedure 15(a), hereby seeks leave of Court to file a Corrected Amended Complaint based on a scrivener's error that resulted in several misnumbered paragraphs in the First Amended Complaint for Damages (Doc. 33) filed December 11, 2025. In support of this unopposed motion, Plaintiff states as follows:

1. While working on the Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 49), filed January 9, 2026, Plaintiff's undersigned counsel realized that there were nine misnumbered paragraphs in the Factual Allegations section of the Amended Complaint that should have been corrected as part of the final edits before the document was filed via CM/ECF. The automatic numbering following paragraph 28 appears to have reset to number 21 instead of 29, which resulted in duplicate paragraph numbers 21 to 28 before the numbering picked up at 29 again four pages later. *See* Doc. 33, at pp. 7 to 14.

2.     To correct the scrivener's error that resulted in the misnumbered paragraphs, Plaintiff seeks leave to file her proposed Corrected Amended Complaint, a copy of which is submitted herewith as Exhibit 1, in accordance with Local Rule 15.1.  Other than fixing the misnumbered paragraphs, the Corrected Amended Complaint is identical to the Amended Complaint for Damages (Doc. 33) previously filed on December 11, 2025.

3.     The undersigned has conferred with defense counsel regarding this motion, and Defendants do not oppose the filing of the Corrected Amended Complaint for the reasons stated herein.

4.     Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend under "shall be freely given when justice so requires" including to correct scriveners' errors. *Wells v. Xpedx*, No. 8:05-CV-2193-T-EAJ, 2007 WL 1362717, at *1 (M.D. Fla. May 7, 2007).

5.     There is good cause to grant this motion, as shown herein, and none of the parties will be prejudiced if the motion is granted.

WHEREFORE, Plaintiff, Zohra Khorashi, respectfully seeks leave of Court to separately file her proposed Corrected Amended Complaint attached as Exhibit 1.

                                                Respectfully submitted,

                                                ***Christopher C. Sharp***

                                                Christopher C. Sharp, Esq.
                                                Fla. Bar No. 996858
                                                E-Mail: csharplaw@aol.com
                                                SHARP LAW FIRM, P.A.
                                                1600 West State Road 84, Suite C
                                                Fort Lauderdale, Florida 33441
                                                Telephone: (954) 909-4246

Dated: January 22, 2026        Attorney for Plaintiff

## Certificate of Service

I hereby certify that on January 22, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following counsel of record.

By: *Christopher C. Sharp*
    Christopher C. Sharp, Esq.

Christopher C. Sharp, Esq.
Email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33441
Phone: (954) 909-4246

Omar Mustafa Saleh, Esq.
Email: osaleh@cair.com
Syed Ahmed Ali Khan, Esq.
Email: akhan@cair.com
COUNCIL ON AMERICAN ISLAMIC RELATIONS
4000 N.W. 44TH Street, Suite 200
Sunrise, FL 33351
Phone: (954) 272-0490

Marc J. Randazza, Esq.
Email: ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Phone: (888) 887-1776

Kenneth G. Turkel, Esq.
Email: kturkel@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Phone: (813) 834-9191

Jaclyn S. Clark, Esq.
Email: Jaclyn@thelawfareproject.org
THE LAWFARE PROJECT
633 Third Avenue, 21st Floor
New York, NY 10017
Phone: (212) 339-6995