View all comments

February 18

 jewhatedb and stellaingerescobedo

## Fixed it for her:

 thatlawyermomlife

I don't understand why ~~some people~~ **Jews** feel threatened and get angry when I advocate to humanize ~~people~~ **Palestinians** that they constantly dehumanize.

I don't understand why ~~these people~~ **Jews** feel that their livelihood and safety depends on the dehumanization, ethnic cleansing and oppression of ~~others~~ **Palestinians**.

~~People~~ **Jews** who feel their safety depends on the demise and dehumanization of ~~another~~ **Palestinians**, are truly the biggest threat to themselves and to humanity as a whole.

**JEW HATE DATABASE**

♡ 1,834    💬 105    ▽ 48

**jewhatedb** Fixed it for her.

View all comments

February 18     -00:46

