# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (Miami Division)

### Case No. 25-cv-23202-JB

ZOHRA KHORASHI,

     Plaintiff,

v.

GADI BEER AND BETH GELLMAN BEER,

     Defendants.

_____/

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Gadi Beer and Beth Gellman Beer submit the attached decision by the Sixth Circuit Court of Appeals, *Whiting v. City of Athens, et al.,* Case No. 24-5918/5919, in support of their pending Motion for Sanctions for Misrepresentations to the Court (ECF No. 38). The Sixth Circuit's opinion addresses counsel who filed AI-hallucinated citations and misrepresented the record. The opinion, attached hereto as **Exhibit 1**, is highlighted in the most pertinent portions.

Dated: March 26, 2026.

                                   Respectfully Submitted,

                                   */s/ Marc J. Randazza*
                                   MARC J. RANDAZZA
                                   Florida Bar No. 625566
                                   Email: ecf@randazza.com
                                   RANDAZZA LEGAL GROUP, PLLC
                                   2 S Biscayne Blvd #2600
                                   Miami, FL 33131
                                   Phone: (888) 887-1776

                                   *Attorneys for Defendants*

RANDAZZA | LEGAL GROUP

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ *Marc J. Randazza*
Counsel

RANDAZZA | LEGAL GROUP