**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Miami Division)**

**Case No. 25-cv-23202-JB**

ZOHRA KHORASHI,

      Plaintiff,

v.

GADI BEER AND BETH GELLMAN BEER,

      Defendants.

_____/

## NOTICE OF PARTIAL WITHDRAWAL OF REQUEST FOR SANCTIONS

During the hearing on April 15, 2026, the Court admonished both parties to seek to try to resolve as many of the issues in the motion for sanctions as possible.  The Court also made the statement that it wished for both parties to try to lower the temperature in this matter.

Defendants took this Court's wishes to heart and immediately began trying to resolve things.  First, outside the courtroom in person, but despite the cordial nature of the exchange, it was not apparently the right time nor place to resolve things.

On April 17, 2026, counsel for Mr. Turkel and Ms. Clark prepared an extensive "peace treaty" proposal for the Plaintiff's counsel. *See* **Exhibit 1**.

To date, Plaintiff's counsel has, not accepted any of the terms, not proposed other terms, nor responded to the overture in whole nor in part.

Nevertheless, the undersigned did not interpret the Court's instructions to be limited to bilateral action. Accordingly, in the interest of living up to the *spirit* of what the Court requested, the defense chooses to unilaterally act in a manner to turn down the temperature.

- 1 -

- 2 -

While the defense does not believe that the factual misrepresentations in the original motion for sanctions filed by Miss Khorashi were improper, it wishes to simply forgive them in their entirety, and asks nothing in return.

Accordingly, the defense unilaterally withdraws any request for the portion of its counter motion for sanctions that seeks any sanction for Miss Khorashi, or her counsel's misrepresentations or error errors with respect to the content of the subject press release.

While the Court is preparing for the hearing on May 21, 2026, the Court should excise any concerns about those factual misrepresentations. In the spirit of compromise, the defense wishes to recast its concerns and accept that the misrepresentations may have been inadvertent, and thus no sanction should issue in any part dependent on the defense's complaints about them.

Dated: May 14, 2026.

Respectfully Submitted,

/s/ Marc J. Randazza
MARC J. RANDAZZA
Florida Bar No. 625566
Email: ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
2 S Biscayne Blvd #2600
Miami, FL 33131
Phone: (888) 887-1776

*Attorney for Mr. Turkel and Ms. Clark*

RANDAZZA | LEGAL GROUP

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

/s/ Marc J. Randazza
MARC J. RANDAZZA

RANDAZZA | LEGAL GROUP